

## United States District Court
## Eastern District of California

| Guy Patrick Johnson, et al. |
| --- |

Plaintiff(s)

Case Number: | 2:26-cv-00865-JAM-AC |

V.

| County of Stanislaus, et al. |
| --- |

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Laura G. Brook _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Wellpath Management, Inc. _____

On ___October 12, 2018___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of North Carolina___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ___March 19, 2026___        Signature of Applicant: /s/ ___Laura G. Brook___

**Pro Hac Vice Attorney**

Applicant's Name: Laura G. Brook

Law Firm Name: Gordon Rees Scully Mansukhani, LLP

Address: 101 South Tryon Street, Suite 2550

City: Charlotte   State: NC   Zip: 28280

Phone Number w/Area Code: (704) 625-8000

City and State of Residence: Charlotte, NC

Primary E-mail Address: lbrook@grsm.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kendra N. Stark

Law Firm Name: Gordon Rees Scully Mansukhani, LLP

Address: 315 Pacific Avenue

City: San Francisco   State: CA   Zip: 94111

Phone Number w/Area Code: (415) 875-4126   Bar # 363663

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 19, 2026

_____
JUDGE, U.S. DISTRICT COURT